## FIRST DEPARTMENT, JUNE TERM, 1891.

**Decisions handed down June 12, 1891.**

Margaret M. Brennan, Administratrix, etc., Respondent, v. Susan E. Hall and others, Trustees, etc., Appellants.—Judgment affirmed, with costs. Opinion by Daniels, J.

Walter S. Johnston, Receiver, etc , Respondent, v. The Manhattan Railway Company and another, Appellants. — Judgment affirmed. Opinion by Daniels, J.

The New York Life Insurance and Trust Company, Plaintiff, v. John H. Livingston and others, Defendants.—Judgment affirmed, with costs. Opinion by Patterson, J.

Melvin Stephens, Respondent, v. Robert L. Humphreys, Appellant.—Judgment affirmed, with costs. Opinion by Patterson, J.

The People of the State of New York, Respondent, v. Raffaele Izzo, Appellant.—New trial ordered. Opinion by Barrett, J.

Henry A. Rice, as Attorney, etc , Respondent, v. James Grange, Appellant.—Judgment and order affirmed, with costs. Opinion by Van Brunt, P. J.

In the Matter of the Probate of the Last Will and Testament of Samuel B. Peck, Deceased.—Case sent back to surrogate for such action and proceeding as counsel may deem advisable. Opinion by Barrett, J.

Henry Rosellen, as Assignee, etc., Respondent, v. Henry Henrich and others, Appellants.—Order affirmed, with ten dollars costs and disbursements, on opinion of court below.

Albert W. Gates and another, Respondents, v. Willard W. McDonald and others, Appellants.—Order granting commission, etc , affirmed, with ten dollars costs and disbursements.

James T. Leavitt and others, Respondents, v. Gustave M. Miller and another, Appellants.—Order affirmed, with ten dollars costs and disbursements.

In the Matter of Virginia S. Kaufman. —Decree reversed. Opinion Per Curiam.

John Parker and others v. Maria Linden and others.— Motion denied, with ten dollars costs.

German-American Title Guarantee Company v. G. J. W. Van Slingerlandt and others.— Motion granted.

James Abbott v. The Petersburg Granite, etc., Company.—Motion denied, with ten dollars costs.

The People of the State of New York v. Henry G. McGonigal — Motion denied.

The People of the State of New York v. William N. Loew.—Motion denied.

Sidney M. Dyer, Receiver, etc., Appellant, v. Edward Power and others, Respondents.—Judgment affirmed    Opinions by Daniels, J., and Van Brunt, P. J.

Jean A. Tauziede and others, Appellants, v. Francois A. Jumel and others Respondents.—Judgment affirmed, with costs to the respondents against plaintiffs, appellants.   Opinion by Van Brunt, P. J.

Nathaniel Hooper and others, Appellants, v. C. McCulloch Beecher and others, Respondents.— Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

William D. Mackey and another, Appellants, v. Benjamin Rausch and others, Executors, etc., Respondents.— Judgment and order affirmed, with costs.  Opinion by Van Brunt, P. J.

Marx Ottinger and another, Respondents, v. The New York Elevated Railway Company and another, Appellants. —Judgment modified as directed in opinion, and as modified affirmed, without costs.  Opinion by Van Brunt, P. J.

Mary O. Simis, Respondent, v. Daniel S McElroy, Appellant. —Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion by Van Brunt, P. J.

Levi P. Morton and others, Respondents, v. Charles P. Palmer, Appellant. —Judgment and order affirmed, with costs. Opinion by Van Brunt, P. J.

Charles F. Starr, Respondent, v. Charles G. Patterson, Appellant. —Order affirmed, with ten dollars costs and disbursements, but with leave, on payment of the costs of this appeal and of the proceedings in the court below, to renew the motion upon additional papers.  Opinion Per Curiam.

Albert W. Gates and others, Respondents, v. Willard W. McDonald and others, Appellants. —Order affirmed, with ten dollars costs and disbursements.  Opinion Per Curiam.

Dunlap's Cable News Company, Appellant, v. David M. Stone, President, etc.. Respondent.—Order affirmed, with costs.  Opinion by Barrett, J.

The Union Distilling Company, Respondent, v. Henry Ruser, Appellant. — Order affirmed, with costs.  Opinion by Patterson, J.

Isidore S. Korn and others, Respondents, v. The New York Elevated Railway Company and another, Appellants. — Judgment affirmed, with costs.  Opinion by Patterson, J.

In the Matter of the Application of Janet Kingsland, Executrix, etc., of Henry Foster Topping, Deceased. — Motion denied, with ten dollars costs.

**Decisions handed down June 26, 1891.**

Edward B. Babcock, Appellant, v. Schuylkill and Lehigh Valley Railroad Company, Respondent. — Judgment affirmed, with costs.  Opinion by Van Brunt, P. J.

The Prince Manufacturing Company, Appellant, v. Prince's Metallic Paint Company, Respondent. — Judgment reversed and new trial ordered, with costs to the plaintiff to abide event. Opinion by Daniels, J.

The People of the State of New York ex rel. Joseph A. Gardner v. John McClave and others, Commissioners, etc. —Writ dismissed, with costs.  Opinion by Van Brunt, P J.

Frederic P Olcott and others, Appellants, v. Deborah Powers and others, Respondents. — Judgment reversed, order of reference vacated and a new trial ordered, with costs to appellant to abide event.  Opinion by Van Brunt, P. J.

Thomas J. Robinson, Respondent, v. Arthur E. Wood, Individually, etc., as Receiver, etc., Appellant. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

The People of the State of New York, Respondent, v. The New York Central Underground Railway Company, Appellant, Impleaded, etc.—Order affirmed, with costs.  Opinion by Van Brunt, P. J.

William S. Keiley, as Receiver, etc., Respondent, v. The Mechanics and Traders' Bank, Appellant. —Judgment affirmed, with costs. Opinion by Van Brunt, P J.

The People of the State of New York, Respondent, v. Pincus Block, Appellant. — Conviction affirmed.  Opinion by Van Brunt, P. J.

The People of the State of New York ex rel. James A. Costello, Appellant, v. John McClave and others, Commissioners, etc., Respondents. — Writ dismissed, with costs.  Opinion by Van Brunt, P. J.

Charlotte P. Robbins, Respondent, v. Eliza T. Robbins, Appellant.— Judgment and order affirmed, with costs.  Opinion by Patterson, J.; dissenting opinion by Barrett, J.

Lyman P. French, Appellant, v. The Brush-Swan Electric-Light Company of New England, Re-